IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Christian Labor Association; Kaski Inc.; Nordic Group Inc.; Roen Salvage Co.; Luke Krhin; Shawn Kunnari; and Dylan Smith,<br><br>Plaintiffs,<br><br>v.<br><br>City of Duluth; City of Cloquet; City of Two Harbors; Western Lake Superior Sanitary District; and Duluth Building and Construction Trades Council,<br><br>Defendants. | 0:21-cv-00227-DWF-LIB<br><br>**LR 7.1 CERTIFICATE OF COMPLIANCE** |

I, Victoria L. Bor, hereby certify that the Memorandum of Law in Support of Defendants' Joint Motion to Dismiss complies with Local Rule 7.1(f).

I further certify that in preparation of the Memorandum of Law, I used the following word processing program and version: Microsoft 365 Apps for Business, and that this word processing version has been applied specifically to all text, including headings, footnotes and quotations in the following word count.

I further certify that the Memorandum of Law contains 10,093 words.

Date: April 19, 2021

/s/ Victoria L. Bor
Victoria L. Bor (D.C. #288852)
Sherman Dunn, P.C.
900 Seventh Street, N.W.  Suite 1000
Washington, D.C.  20001
202/785-9300
bor@shermandunn.com

*Attorney for Duluth Building & Construction Trades Council*