# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Christian Labor Association; Kaski Inc.; Nordic Group Inc.; Roen Salvage Co.; Luke Krhin; Shawn Kunnari; Dylan Smith,<br><br>Plaintiffs,<br><br>vs.<br><br>City of Duluth, City of Cloquet; City of Two Harbors; Western Lake Superior Sanitary District; Duluth Building and Construction Trades Council,<br><br>Defendants. | File No. 0:21-cv-00227-DWF-LIB |

## DECLARATION OF CRAIG OLSON

STATE OF MINNESOTA )
                              ) ss:
COUNTY OF ST. LOUIS )

I, Craig Olson, being first duly sworn upon oath, state and allege as follows:

1. My address is 8072 Swan Lake Road, Culver, MN 55789.

2. I am currently President of the Duluth Building and Construction Trades Council.

3. I have held this position for the last 24 years.

4. The Duluth Building and Construction Trades Council is a Labor Organization made up of seventeen (17) affiliates that are unions representing members in the building and construction trades.

5. The delegates to the Duluth Building and Construction Trades Council have granted me authority to negotiate project labor agreements with construction managers, general contractors, private owners and public entities.

6. On March 3, 2021 I sent letters to the elected representatives in the City of Duluth and the City Administrators for the cities of Cloquet and Two Harbors. All of these letters expressed support for amending the project labor agreements that the Duluth Building and Construction Trades Council has with these cities by making clear that the Project Labor Agreement does not require employees to join a union or pay dues or fees to a union as a condition of working on a covered project.

7. A true and correct copy of the March 3, 2021 letters are attached as Exhibits 1 – 3.

**FURTHER YOUR AFFIANT SAYETH NOT.**

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Signed this 14 day of April 2021, in St. Louis County Minnesota.

Craig Olson

Subscribed and sworn to before me this 14 day of April 2021.

Notary Public

Michelle N Tabbert
Notary Public - Minnesota
My Commission Expires
01/31/2023

2