Affiliated AFL-CIO

# DULUTH BUILDING AND CONSTRUCTION TRADES COUNCIL

2002 LONDON ROAD     LABOR CENTER     DULUTH, MINN. 55812

Officers
Craig Olson
*President*
Darrell Godbout
*Vice President*
Dan Olson
*Secretary*
Jeff Daveau
*Treasurer*

Boilermakers #647
Bricklayers #1
Carpenters #361
Cement Masons #633
Elevator #9
IBEW #242
Insulators #49
Ironworkers #512
Laborers #1091
Millrights #1348
Operators #49
Painters #106
Pipefitters #11
Roofers #96
Sheetmetal #10
Sprinklerfitters #669
Teamsters #346

March 3, 2021

**VIA E-MAIL** – dwalker@twoharborsmn.gov

Mr. Dan Walker, City Administrator
City of Two Harbors
522 – 18th Avenue
Two Harbors, MN 55616

RE:     Amendment to City of Two Harbors PLA

Dear City Administrator Walker:

On behalf of the Duluth Building and Construction Trades Council, I write to express support for amending the Project Labor Agreement referenced in City Ordinance Section 2.77.

The Council supports amending the current form of the Project Labor Agreement by deleting Article 3, Section 2, which is commonly known as a Union Security provision. The Council also supports adding a new sentence at Article 2, Section 9 that further clarifies that union membership or support is not required for an employee of a non-signatory contractor to work on a City of Two Harbors PLA project. The sentence states:

> Nothing in this Agreement requires employees to join a union or pay dues or fees to a union as a condition of working on the covered project. This Agreement is not, however, intended to supersede independent requirements in applicable local union agreements as to contractors that are otherwise signatory to those agreements and as to employees of such employers performing covered work.

If you have any questions regarding our support for the amendments described in this letter, please let me know. You can reach me by phone at 218-724-6466 or by e-mail at president@duluthbuildingtrades.com.

Sincerely,

*Craig Olson*

Craig Olson, President
Duluth Building and Construction Trades Council

EXHIBIT 2