IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Christian Labor Association, Kaski Inc., Nordic Group Inc., Roen Salvage Co., Luke Krhin, Shawn Kunnari, and Dylan Smith,<br><br>Plaintiffs,<br><br>v.<br><br>City of Duluth, City of Cloquet, City of Two Harbors, Western Lake Superior Sanitary District, and Duluth Building and Construction Trades Council,<br><br>Defendants. | Case No. 0:21-cv-00227-DWF-LIB<br><br>**DECLARATION OF TIM PETERSON** |

I, Tim Peterson, hereby declare as follows:

1. I am the City Administrator for the City of Cloquet ("Cloquet"). I submit this declaration in support of the defendants' motion to dimiss. As the City Administrator for Cloquet, I have personal knowledge of City Council decisions regarding project labor agreements.

2. Cloquet City Code Section 9.2.02 currently provides, in pertinent part, as follows:

> "A project labor agreement, will be substantially in the form adopted by resolution of the Council from time to time and will be kept by the city administrator as a public document. It shall be required to be used on any Covered Project, as Covered Project is defined below, which involves a project with a total City investment of $175,000 or

more. Any project labor agreement entered into by the City shall be made binding on all contractors and subcontractors working on the Covered Project. The City shall implement the project labor agreement by requiring adherence to the agreement in the bid specifications in all relevant bid documents. No contractor shall be required to be or become a party to a collective bargaining agreement on any other construction project in order to qualify to work under a project labor agreement implemented for a particular city project."

3. Attached as Exhibit A is a true and correct copy of Resolution 21-16, which the City Council of Cloquet adopted on March 16, 2021, along with the amended project labor agreement form.

4. The City Council's vote to approve this resolution was unanimous.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 15th day of April 2021, in Carlton County, Minnesota.

_____
Tim Peterson