IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Christian Labor Association, Kaski Inc., Nordic Group Inc., Roen Salvage Co., Luke Krhin, Shawn Kunnari, and Dylan Smith,<br><br>                            Plaintiffs,<br><br>v.<br><br>City of Duluth, City of Cloquet, City of Two Harbors, Western Lake Superior Sanitary District, and Duluth Building and Construction Trades Council,<br><br>                            Defendants. | Case No. 0:21-cv-00227-DWF-LIB<br><br><br>**DECLARATION OF<br>DAN WALKER** |

I, Dan Walker, hereby declare as follows:

1. I am the City Administrator for the City of Two Harbors ("Two Harbors"). I submit this declaration in support of the defendants' motion to dimiss. As the City Administrator for Two Harbors, I have personal knowledge of City Council decisions regarding project labor agreements.

2. Two Harbors City Code Section 2.77 currently provides, in pertinent part, as follows:

> "A project labor agreement, in substantially the form adopted by resolution of the City Council from time to time and kept by the City as a public document, shall be required to be used on each City construction project, with a total estimated construction cost of $150,000.00 or more. The City shall implement the project labor

agreement requirement by requiring adherence to the project labor agreement in the specifications in the construction bidding documents for the applicable project. No contractor shall be required to be or become a party to a collective bargaining agreement in order to qualify to work under a project labor agreement for a particular City project."

3. Attached as Exhibit A is a true and correct copy of Resolution 3-86-21, which the City Council of Two Harbors adopted on March 22, 2021.

4. The City Council's vote to approve this resolution was unanimous.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 16th day of April 2021, in Lake County, Minnesota.

_____
Dan Walker