IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Christian Labor Association, Kaski Inc., Nordic Group Inc., Roen Salvage Co., Luke Krhin, Shawn Kunnari, and Dylan Smith,<br><br>Plaintiffs,<br><br>v.<br><br>City of Duluth, City of Cloquet, City of Two Harbors, Western Lake Superior Sanitary District, and Duluth Building and Construction Trades Council,<br><br>Defendants. | Case No. 0:21-cv-00227-DWF-LIB<br><br>**DECLARATION OF MARIANNE BOHREN** |

I, Marianne Bohren, hereby declare as follows:

1. I am the Executive Director for the Western Lake Superior Sanitary District ("District"). I submit this declaration in support of the defendants' motion to dimiss. As the Executive Director for the District, I have personal knowledge of its project labor agreements.

2. Attached as Exhibit A is a true and correct copy of the District's current form for project labor agreements.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 15th day of April 2021, in St. Louis County, Minnesota.

_____
Marianne Bohren