# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Christian Labor Association; Kaski Inc., Nordic Group Inc.; Roen Salvage Co.; Luke Krhin,<br><br>           Plaintiffs,<br><br>v.<br><br>City of Duluth; City of Cloquet; City of Two Harbors; Western Lake Superior Sanitary District; Duluth Building and Construction Trades Council,<br>           Defendants. | Case No. 0:21-cv-00227-DWF-LIB<br><br>**NOTICE OF WITHDRAWAL<br>OF COUNSEL** |

---

Pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that she is withdrawing as attorney for Defendant Duluth Building and Construction Trades Council.

Jonathan D. Newman, Lucas R. Aubrey, and Timothy W. Andrew will remain as counsel of record for Defendant Duluth Building and Construction Trades Council. Therefore, please remove Natalie C. Moffett from your service list for this action.

Dated: May 10, 2023      /s/ Natalie C. Moffett
                                          Natalie C. Moffett (D.C. Bar No. 493022)
                                          Sherman Dunn, P.C.
                                          900 Seventh Street, NW, Suite 1000
                                          Washington, DC 20001
                                          moffett@shermandunn.com
                                          (202) 785-9300